IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| U.S. Postal Service Priority Mail parcels bearing ) | Magistrate |
| tracking nos. 9505 5163 3716 5028 2814 32, ) | Case No. |
| 9505 5141 0181 5028 3759 47, and ) | UNDER SEAL |
| 9505 5100 0529 5029 8900 42. ) | |
| ) | |

I, Scott Emmick, Postal Inspector with The United States Postal Inspection Service, being duly sworn, depose and say:

INTRODUCTION

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the United States Postal Service Priority Mail parcels bearing tracking numbers 9505 5163 3716 5028 2814 32 (SUBJECT PARCEL 1), 9505 5141 0181 5028 3759 47 (SUBJECT PARCEL 2), and 9505 5100 0529 5029 8900 42 (SUBJECT PARCEL 3), collectively as SUBJECT PARCELS further described in Attachment A, for the things described in Attachment B. The SUBJECT PARCELS are currently located in the Southern District of Ohio, Eastern Division.

2. I am a United States Postal Inspector, having been so employed since July of 2023. I am presently assigned to the Columbus, Ohio Field Office, Pittsburgh Division of the United States Postal Inspection Service (USPIS). I have gained experience through completion of the Basic Inspector Training (BIT) in November of 2023. During BIT, I was instructed in all phases of criminal investigation, such as criminal law, search and seizure, field enforcement techniques, firearms proficiency, drug and narcotics identification, narcotics field testing, interviewing and evidence collection. Since November 2023 I have worked with various federal, state, and local

law enforcement agencies in the investigation of crimes involving the U.S. Mail and the U.S. Postal Service including but not limited to mail fraud, bank fraud, mail theft, burglaries, robberies, dangerous mail investigations, mailed firearms/ firearm components, and mailed narcotics.

3. Prior to my employment with the USPIS, I was employed for five years by the Department of Homeland Security as a Border Patrol Agent in the Yuma, AZ sector of operations. As a Border Patrol Agent, I served as a federal law enforcement officer enforcing crimes such as human smuggling and narcotics smuggling. I performed several duties such as a line agent, checkpoint operations, highway interdiction, and was a part of the movement coordination cell. I gathered intelligence by conducting traffic stops, interviewing suspected citizens and non-citizens involving numerous federal offenses, and actively patrolling the United States and Mexico border.

4. Experience and drug trafficking intelligence have demonstrated that Priority Mail and Priority Mail Express are commonly used to transport drugs and drug proceeds because of their reliability and the time pressures they place on law enforcement agents to execute a successful controlled delivery.

5. The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, review of records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit is made in support of a warrant to search the SUBJECT PARCELS for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed, or property designed for use, intended for use, or used in committing a crime in relation to the following offenses:

    a. Distribution of and Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, § 841,

    b.       Illegal Use of a Communication Facility, in violation of Title 21, United States Code, § 843(b), and

    c.       Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, § 846.

6.       Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, this affidavit does not set forth each and every fact learned by me during the course of this investigation.

## SUBJECT PARCELS

7.       Between the dates of January 31, 2025, and February 3, 2025, USPIS interdiction personnel in Columbus, Ohio interdicted the SUBJECT PARCELS; SUBJECT PARCEL 1 and SUBJECT PARCEL 3 were addressed to "S. Miller, 711 Darius St., Marion, OH 43302"; with a return address of "Jerry Cha, 32441 Hupp DR, Temecula, Ca 92592 for SUBJECT PACEL 1 and "Mike G, 32828 Tulley Ranch Rd, Temecula, CA 92592" for SUBJECT PARCEL 3.  SUBJECT PARCEL 2 was addressed to "R. Hutchingson, 173 Latourette, Marion, OH 43302"; with a return address of "Nick Vang, 36717 Camino Springs ave, Murrieta, Ca 92563".  SUBJECT PARCEL 1 and 2 are further described as white United States Postal Service Priority Mail Large Flat Rate boxes.  SUBJECT PARCEL 3 is further described as a white United States Postal Service Priority Mail Medium Flat Rate Box.  SUBJECT PARCEL 1 weighs approximately 8lbs 1.0oz, SUBJECT PARCEL 2 weighs approximately 8lbs 8.2ozs, and SUBJECT PARCEL 3 weighs approximately 4lbs 5.5ozs.

8.       SUBJECT PARCEL 1 and SUBJECT PARCEL 2 were mailed on January 28, 2025.  SUBJECT PARCEL 1 was mailed from the Temecula Main Post Office, located at 30777 Rancho California Rd., Temecula, CA 92591, at approximately 3:00 PM PST with $26.30 of

postage affixed to the parcel. SUBJECT PARCEL 2 was mailed from the Murrieta Annex Post Office, located at 39571 Los Alamos Rd., Murrieta, CA 92563, at approximately 3:21 PM PST, with $26.30 of postage affixed to the parcel. SUBJECT PARCEL 3 was mailed on January 29, 2025, from the Old Town Post Office, located at 28360 Old Town Front St., Temecula, CA 92590, at approximately 4:15 PM PST, with $19.15 of postage affixed to the parcel. The SUBJECT PARCELS are currently in the possession of the USPIS in Columbus, Ohio, in the Southern District of Ohio, Eastern Division.

## PROBABLE CAUSE

9. Your Affiant has become aware through experience and training that drug traffickers frequently use Priority Mail and Priority Mail Express services offered by the USPS to transport narcotics and other dangerous controlled substances as well as drug proceeds. These services charge a higher fee, because they are very timely, reliable and are trackable. However, due to the higher fee, these services are not typically used for personal mailings but rather are utilized by commercial mailers and business customers. As they are mostly used for commercial services, they are typically paid for using electronic postage or credit card as opposed to being paid for in cash. Because these services are reliable and trackable, they are often favored by persons who transport contraband and/or illegal controlled substances and drug proceeds. When used for illegal activity, these services are frequently paid for in cash. In my experience and through my training I know drug traffickers often pay for these services in cash so that the transaction cannot be traced to a particular credit card or business account, and because drug trafficking is often a cash business. The SUBJECT PARCELS were paid for utilizing cash transactions.

10. Among the characteristics of the drug profile possessed by the SUBJECT PARCELS are the "source state" origination of the parcels, as well as the destination of the SUBJECT PARCELS.

11. Your Affiant submits that the origin state of the SUBJECT PARCELS bears on the issue of probable cause here. US Postal Inspectors, Special Agents of the Drug Enforcement Administration ("DEA"), and other intelligence sources have identified California as a source state for illegal drugs flowing into Central Ohio and a destination state for the proceeds from the sale of these illegal drugs. Based on my training and experience, I know drug traffickers frequently utilize various shipping and mail entities, including the United States Postal Service, for the shipment of controlled substances. Frequently the same shipping entity utilized for the shipment of controlled substances is also utilized for the shipment of the proceeds derived from the sale of these controlled substances.

12. On or about January 31, 2025, your Affiant utilizing images of the SUBJECT PARCELS, obtained from USPS mail processing equipment, conducted checks of USPS, law enforcement, and open-source electronic databases to determine the validity of the destination information contained on the SUBJECT PARCELS. The destination address of SUBJECT PARCEL 1 and SUBJECT PARCEL 3, "711 Darius St." was found to be a valid and deliverable address in the 43302-zip code. The name "Skyler Miller" was found to be associated with the address. The destination address of SUBJECT PARCEL 2, "173 Latourette" (St.) was found to be a valid and deliverable address in the 43302- zip code. The name "R. Hutchingson" could not be associated, but a "Reagan Hutchinson" was associated as a previous resident.

13. Further, on or about January 31, 2025, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the return

information contained on the SUBJECT PARCELS. The return address provided on SUBJECT PARCEL 1, "32441 Hupp DR" was found to be a valid and deliverable address in the 92592- zip code. The name "Jerry Cha" was not found to be associated with the address. The return address provided on SUBJECT PARCEL 2, "36717 Camino Springs ave" was found to be a valid and deliverable address in the 92563-zip code. The name "Nick Vang" was not found to be associated with the address. The return address provided on SUBJECT PARCEL 3, "32828 Tulley Ranch Rd" was found to be a valid and deliverable address in the 92592-zip code. The name "Mike G" was not found to be associated with the address.

14. Regarding the above-described return and destination addresses, I know through training and experience, that shippers of drugs and drug proceeds will often utilize a fictitious return name or no name, along with a non-valid return address, to reduce the possibility of identification and apprehension by law enforcement. Additionally, while a valid delivery address is necessary to ensure the delivery of a parcel, a fictitious delivery name, no name, previous residents names, or initials are commonly utilized for the same reasons previously discussed.

15. In the case of the SUBJECT PARCELS described above, on January 28, 2025, SUBJECT PARCEL 1 was mailed at the Temecula Main Post Office at approximately 3:00 PM PST, and SUBJECT PARCEL 2 was mailed at the Murrieta Annex Post Office at approximately 3:21 PM PST. Checks of open-source mapping software (GOOGLE MAPS) show these two locations separated by approximately 7.6 miles or approximately a 15-minute drive. This, coupled with the similar origins of return addresses and destination information on the SUBJECT PARCELS, makes it highly likely that the mailer of the SUBJECT PARCELS mailed SUBJECT PARCEL 1 at the Temecula Main Post Office then immediately traveled to the

Murrieta Annex Post Office to mail SUBJECT PARCEL 2. On January 29, 2025, SUBJECT PARCEL 3 was mailed at the Old Town Post Office, which is within a 10-minute drive from either Post Office. Your Affiant is aware that shippers of drug and drug proceeds will often use multiple separate mailing locations to limit suspicions by USPS employees and increasing the complexity to being uncovered by law enforcement during investigations.

16. Additionally, the SUBJECT PARCELS were taped excessively and with a unique tape that isn't commonly seen on USPS parcels. Your Affiant has become aware through experience and training that drug traffickers frequently use excessive tape on the exterior of the parcels, especially on the seams. This tactic is often used due to the belief that the odor of a controlled substance will not be expelled to the exterior of the parcels, limiting the possibility of detection by employees or drug detecting canines.

17. Because of the aforementioned facts, including that (a) the SUBJECT PARCELS originated in California, a state known as a source of controlled substances being mailed to central Ohio, (b) the return and destination names were unable to be associated or definitively associated with the addresses given, (c) the SUBJECT PARCELS were paid for in cash, (d) the separate mailing locations, (e) the excessive and unique taping, and (f) the SUBJECT PARCELS bore many similarities to other parcels believed to be associated and found to contain suspected controlled substances, investigators submitted the SUBJECT PARCELS for examination by a drug detecting canine.

## EXAMINATION BY DRUG DETECTING CANINE

18. On or about February 3, 2025, US Postal Inspectors contacted Detective Jonathan Dillon a part of the Franklin County Sherriff's Office Special Investigations Unit, K-9 Unit, who is the handler for "Ivan," a Drug Detecting Canine. K-9 "Ivan" is current on his State of Ohio

Certification. K-9 "Ivan" has been trained and certified to detect and alert to the odor of marijuana, cocaine, "crack" cocaine, heroin, methamphetamines, and their derivatives. K-9 "Ivan" has had 200 hours of training at the *Shallow Creek K9 Facility*, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Ivan" has successfully detected narcotics, by demonstrating clear, positive, passive alerts, and has established himself as a highly reliable police service dog.

18. The SUBJECT PARCELS were hidden among other boxes, and K-9 "Ivan" was allowed to search the entire area. Detective Dillon concluded that K-9 "Ivan" did alert positively to the SUBJECT PARCELS each individually. Based on that alert, Detective Dillon concluded that the odor of one or more of the drugs K-9 "Ivan" is trained and certified to detect was present.

19. Based upon training and experience, I respectfully submit that the above information is indicative of drug trafficking activity, and that, based on the above, there is probable cause to search the SUBJECT PARCELS.

20. If the SUBJECT PARCELS are found to contain controlled substances, these controlled substances will be seized as part of an ongoing drug trafficking investigation.

## CONCLUSION

21. Based upon the foregoing facts and my training, experience, and expertise as a US Postal Inspector, I submit there is probable cause to search the SUBJECT PARCELS for controlled substances, drug proceeds, and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

22. WHEREFORE, I respectfully request that the Court issue a warrant, authorizing agents of the USPIS, including but not limited to other law enforcement agents and technicians

assisting in the above-described investigation, to open, view, and photograph, and seize, if necessary, the SUBJECT PARCELS and their contents.

      23.     The above information is true and correct to the best of my knowledge, information, and belief.

*Scott Emmick*
_____
Scott Emmick
U.S. Postal Inspector

Sworn and subscribed to me this __3rd__ th day of February 2025.

_____
Kimberly A. Jolson
United States Magistrate Judge

**Attachment A**
Property to be searched

United States Postal Service Priority Mail parcel bearing tracking number 9505 5163 3716 5028 2814 32 (SUBJECT PARCEL 1), addressed to, "S. Miller, 711 Darius St., Marion, OH 43302". This parcel is currently in the Southern District of Ohio, Eastern Division.



United States Postal Service Priority Mail parcel bearing tracking number 9505 5141 0181 5028 3759 47 (SUBJECT PARCEL 2), addressed to, "R. Hutchingson, 173 Latourette, Marion, OH 43302". This parcel is currently in the Southern District of Ohio, Eastern Division.



United States Postal Service Priority Mail parcel bearing tracking number 9505 5100 0529 5029 8900 42 (SUBJECT PARCEL 3), addressed to, "S. Miller, 711 Darius St., Marion, OH 43302". This parcel is currently in the Southern District of Ohio, Eastern Division.



## **Attachment B**
Property to be seized

1.) Any controlled substances, which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

2.) United States currency and/or drug proceeds.

3.) Evidence of who mailed the SUBJECT PARCELS.

4.) Evidence of to whom the SUBJECT PARCELS are destined.