AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the  
Southern District of Ohio

KK

| | |
|---|---|
| In the Matter of the Search of )<br>)<br>U.S. Postal Service Priority Mail parcel bearing tracking no. )<br>9505 5163 3716 5028 2814 32. )<br>)<br>)<br>) | Case No. 2:25-mj-54 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Ohio  
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit in support of the Search Warrant application.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit in support of the Search Warrant application.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*  
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   S.D. OF OHIO, CLERK OF COURTS  .  
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   Feb. 3, 2025 at 3:30 pm

*Signed:* Kimberly A. Jolson  
Kimberly A. Jolson, U.S. Magistrate Judge  
*United States Magistrate Judge*

City and state:   Columbus, Ohio

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 2:25-mj-54 | Date and time warrant executed: 02/04/2025 09:35am | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : Postal Inspector T. Fink | | |

Inventory of the property taken and name of any person(s) seized:

A parcel bearing tracking number 9505 5163 3716 5028 2814 32, approximately 3297g including packaging of THC products.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/04/2025

*Scott Emmick*
*Executing officer's signature*

Scott L. Emmick- Postal Inspector
*Printed name and title*